RECEIVED
OCT 3 1 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| HARVEST OIL & GAS, LLC, et al. | * | CIVIL ACTION NO: 6:11-CV-0714 |
| | * | |
| VERSUS | * | JUDGE DOHERTY |
| | * | |
| BARRY RAY SALSBURY, et al. | * | MAGISTRATE JUDGE HILL |

*************************************************************************

## ORDER

Considering the foregoing stipulation of no opposition by Professional Oil & Gas Marketing, LLC and Henry Calongne regarding the unsealing of the Restated and Amended Complaint of plaintiffs (dkt. No. 51),

**IT IS ORDERED** that the stipulation of no opposition to plaintiffs' request to unseal the Restated and Amended Complaint filed by plaintiffs be and is hereby **ACCEPTED**;

**IT IS FURTHER ORDERED** the Restated and Amended Complaint (dkt. No. 51) be removed from under seal.

Signed in Lafayette, Louisiana on this _31_ day of _October_, 2012.

UNITED STATES DISTRICT COURT JUDGE